PROB 35  
(Rev. 1/92)  
Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

## United States District Court

### FOR THE

### District of Nebraska

FILED  
U.S. DISTRICT  
DISTRICT OF NEBRASKA  

07 JAN 16 PM 1:42

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

v.                                           Crim. No.   8:04CR371

Woodrow Nelson

On __April 4, 2005__ the above named was placed on Probation for a period of __3__ years. The Probationer has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that the Probationer be discharged from supervision.

Respectfully submitted,

*David E. Goering*  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this __11th__ day of __January__, 2007.

United States District Judge